149 A.3d 291

GMAC MORTGAGE, LLC, PLAINTIFF-RESPONDENT,
v. TAMILYNN WILLOUGHBY, DEFENDANT-
PETITIONER.

Filed August 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001294-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

149 A.3d 292

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. KELVIN ROSA, DEFENDANT-PETITIONER.

Filed August 05, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003808-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.